**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ORG STRUCTURE INNOVATIONS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>TOOLS4EVER, INC.,<br><br>                Defendant. | Civil Action No. 1:12-cv-1466-SLR<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, ORG Structure Innovations, LLC, and Defendant Tools4Ever, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate, subject to the approval of the Court, that all claims in this action are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| FARNEY DANIELS PC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Timothy Devlin* | */s/ Julia Heaney* |
| Timothy Devlin (#4241) | Julia Heaney |
| 1220 Market Street, Suite 850 | 1201 NORTH MARKET STREET |
| Wilmington, DE 19801 | P.O. BOX 1347 |
| (302) 300-4626 | WILMINGTON, DE 19899 |
| tdevlin@farneydaniels.com | (302) 658-9200 |
| | |
| Melissa Melton | Chad E. Ziegler |
| 800 South Austin Avenue, Ste. 200 | Peter I. Bernstein |
| Georgetown, Texas 78626 | SCULLY, SCOTT, MURPHY & PRESSER, P.C. |
| (512) 582-2828 | 400 Garden City Plaza, Suite 300 |
| mmelton@farneydaniels.com | Garden City, New York 11530 |
| | (516) 742-4343 |
| *Attorneys for ORG Structure Innovations, LLC* | Cziegler@Ssmp.Com |
| | *Attorneys for Defendant Tools4Ever, Inc.* |
| June 20, 2013 | |

SO ORDERED, this _____ day of _____, 2013.

_____
The Honorable Sue L. Robinson